IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **ROBERT C. FIRTH, #167032** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:11cv169** |
| **BOWIE COUNTY SHERIFF, ET AL.** | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Defendants Campbell and Michaelis' motion to dismiss or, alternatively, motion for summary judgment (docket entry #33) and Defendants Cooley and Graham's motion to dismiss (docket entry #35), construed as a motion for summary judgment, are **GRANTED** and the complaint is **DISMISSED** with prejudice. The deadlines contained in the Scheduling Order are **WITHDRAWN**. All motions not previously ruled on are hereby **DENIED**.

It is SO ORDERED.

SIGNED this 25th day of April, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE